UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:24-cv-00603-TLN-KJN |
| | No. 2:24-cv-00604-TLN-KJN |
| | No. 2:24-cv-00605-TLN-KJN |
| | No. 2:24-cv-00606-TLN-KJN |
| | No. 2:24-cv-00607-TLN-KJN |
| | No. 2:24-cv-00608-TLN-KJN |
| | No. 2:24-cv-00609-TLN-KJN |
| | No. 2:24-cv-00610-TLN-KJN |
| | No. 2:24-cv-00611-TLN-KJN |
| | No. 2:24-cv-00612-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2 the Court to open a new case for each attempted new pleading and assign it to the undersigned for
3 review. (*Id.* at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's
4 Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)
5    The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6 finds they are related to Plaintiff's Alameda County criminal conviction.
7    Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00603, 2:24-cv-00604, 2:24-
8 cv-00605, 2:24-cv-00606, 2:24-cv-00607, 2:24-cv-00608, 2:24-cv-00609, 2:24-cv-00610, 2:24-
9 cv-00611 and 2:24-cv-00612 are hereby DISMISSED.  The Clerk of the Court is directed to close
10 these cases.  No further filings will be accepted.
11    IT IS SO ORDERED.
12    Dated:  March 19, 2024

Troy L. Nunley
United States District Judge